UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOHN DOE,                                          :
                    *Plaintiff*                    :
                                                   :
                                                   :
        v.                                         :        Civil Action No. 4:18-CV-00164
                                                   :
                                                   :
THE PENNSYLVANIA STATE                             :
UNIVERSITY; DANNY SHAHA, in his                    :
individual capacity and official capacity          :        Filed Via Federal Express
as Senior Director of the Office of Student:
Conduct; KAREN FELDBAUM, in her                    :
individual and official capacity as                :
Associate Director of the Office of                :
Student Conduct; SPENCER PETERS,                   :
Office of Student Conduct Investigator             :
                                                   :
                    *Defendants*                   :

FILED
WILLIAMSPORT
JAN 26 2018
PER _____
DEPUTY CLERK

**JOHN DOE'S MOTION TO FILE DOCUMENTS
UNDER SEAL PURSUANT TO LOCAL RULE 49**

        AND NOW, comes the plaintiff, John Doe, through his undersigned counsel,

and files this motion to file the accompanying documents under seal pursuant to

Local Rule 49.  The reasons that the documents need to be filed under seal are

evident from review of the document itself.

        WHEREFORE, for the foregoing reasons, the clerk is ordered to place the

accompanying documents under seal and the contents of that document shall not be

disclosed to any person without further Order of the Court.  A proposed order is

attached for the convenience of the court.

January 23, 2018

/s/ Andrew J. Shubin
Andrew J. Shubin, Esquire
Pa. Attorney ID No. 63263
333 South Allen Street
State College, PA 16801
(814) 867-3115
(814) 867-8811 fax
shubin@statecollegelaw.com

*Counsel for Plaintiff,*
*John Doe*

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE, | : | |
|      *Plaintiff* | : | |
| | : | |
|    v. | : | Civil Action No. 4:18-CV-00164 |
| | : | |
| THE PENNSYLVANIA STATE | : | |
| UNIVERSITY; DANNY SHAHA, in his | : | Filed Via Federal Express |
| individual capacity and official capacity | : | |
| as Senior Director of the Office of Student | : | |
| Conduct; KAREN FELDBAUM, in her | : | |
| individual and official capacity as | : | |
| Associate Director of the Office of | : | |
| Student Conduct; SPENCER PETERS, | : | |
| Office of Student Conduct Investigator | : | |
| | : | |
|      *Defendants* | : | |

## CERTIFICATE OF SERVICE

I, Andrew J. Shubin, do hereby certify that the above parties were served a

true and correct copy of the foregoing Motion via Federal Express to Allison

Newhart, Counsel for Defendants.

January 23, 2018

/s/ Andrew J. Shubin
Andrew J. Shubin, Esquire
Pa. Attorney ID No. 63263
333 South Allen Street
State College, PA 16801
(814) 867-3115
(814) 867-8811 fax
shubin@statecollegelaw.com

*Counsel for Plaintiff,*
*John Doe*