UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br>   *Plaintiff*<br><br>  v.<br><br>THE PENNSYLVANIA STATE UNIVERSITY; DANNY SHAHA, in his individual capacity and official capacity as Senior Director of the Office of Student Conduct; KAREN FELDBAUM, in her individual and official capacity as Associate Director of the Office of Student Conduct; SPENCER PETERS, Office of Student Conduct Investigator<br><br>   *Defendants* | Civil Action No. 4:18-CV-00164<br><br>Filed Via Federal Express |

## ORDER

AND NOW, this  26th  day of  January , 2018, the Plaintiff's Motion to File Document Under Seal is hereby GRANTED. The clerk is directed to place this document under seal and the contents of that document shall not be disclosed to any person without further Order of the Court.

By the court,

*s/ Matthew W. Brann*