# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, | No. 4:18-CV-00164 |
| Plaintiff, | (Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY, DANNY SHAHA, KAREN FELDBAUM, and SPENCER PETERS, | |
| Defendants. | |

## ORDER

### AUGUST 21, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss, ECF No. 18, is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiff's request for an injunction requiring The Pennsylvania State University to reinstate him as a student in good standing is **DISMISSED AS MOOT**; and

2. All claims against Defendants Danny Shaha, Karen Feldbaum, and Spencer Peters are **DISMISSED WITH PREJUDICE**; but

3. Defendants' motion is otherwise **DENIED**.

4. Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), The Pennsylvania State University **SHALL ANSWER** Plaintiff's Complaint within fourteen (14) days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge